# VINCENZO MARCHIO v. CITY OF DULUTH.[1]

## July 7, 1916.

## Nos. 19,819—(204).

An appeal without merit. [Reporter.]

Action in the district court for St. Louis county to recover $1,500 for changing a street grade in front of defendant's lots by which they were left about 25 feet above the grade of the street. The case was tried before Ensign, J., and a jury which returned a verdict for $500. From an order denying its motion for judgment notwithstanding the verdict or for a new trial, defendant appealed. Affirmed.

*John E. Samuelson,* for appellant.

*W. H. Gurnee,* for respondent.

PER CURIAM.

Action by plaintiff, claiming to be the owner of two lots in Duluth fronting on Commonwealth avenue, to recover damages to the lots caused by a change of grade of the street. The case was tried to a jury, and a verdict for plaintiff returned. Defendant appeals from an order denying a new trial.

The sole contention of the city on this appeal is that the trial court erred in instructing the jury that the title to the lots was in plaintiff. The answer denied plaintiff's title, but the evidence was undisputed that plaintiff was in possession and had been for some time. In addition to the presumption arising from possession, plaintiff offered two deeds of the property to himself,

[1] Reported in 158 N. W. 612.

under which he went into possession, and he testified that he owned the lots. There was no offer to prove that he did not. The appeal is without merit.

Order affirmed.